UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *Plaintiff,*<br><br>- against -<br><br>JASON GALANIS et al.,<br><br>    *Defendants.* | **NOTICE OF APPEARANCE**<br><br>No. 15 Cr. 643 (PKC) |

PLEASE TAKE NOTICE that I, Daniel Wachtell, hereby appear as local counsel for defendant John Galanis in the above-captioned action.

I certify that I am admitted or otherwise authorized to practice before this Court.

Dated: New York, New York
   October 5, 2015

             MORVILLO ABRAMOWITZ GRAND
               IASON & ANELLO P.C.

             By:  s/ Daniel Wachtell
                Daniel Wachtell

             NY Bar No. 4689188
             565 Fifth Avenue
             New York, New York 10017
             (212) 880-9474 (Phone)
             (212) 856-9494 (Fax)
             dwachtell@maglaw.com

             *Attorney for Defendant John Galanis*